437 A.2d 1024

Commonwealth v. Lucas, Appellant.

Submitted September 8, 1980. Ronald Segal, for appellant; Lee M. Kaplan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.